No. D–547. IN RE DISBARMENT OF MAGRUDER. Disbarment entered. [For earlier order herein, see 475 U. S. 1063.]

No. 85–1027. ARIZONA v. HICKS. Ct. App. Ariz. [Certiorari granted, 475 U. S. 1107.] Motion for appointment of counsel granted, and it is ordered that John William Rood III, Esquire, of Phoenix, Ariz., be appointed to serve as counsel for respondent in this case.

No. 85–1792. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES v. RICHMOND, FREDERICKSBURG & POTOMAC RAILROAD CO. C. A. 4th Cir.; and

No. 85–1852. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES v. BURLINGTON NORTHERN RAILROAD CO. ET AL. C. A. 7th Cir. Motion of petitioner to expedite consideration of the petitions for writs of certiorari before judgment denied.

No. 85–6702. IN RE MUELLER. Petition for writ of habeas corpus denied.

No. 85–6606. IN RE BASALYGA. Petition for writ of mandamus denied.

No. 85–6580. IN RE OSIPOVA. Petition for writ of prohibition denied.

No. 85–1244. CITY OF PLEASANT GROVE v. UNITED STATES. Appeal from D. C. D. C. Probable jurisdiction noted.

No. 85–1370. ARKANSAS WRITERS' PROJECT, INC. v. RAGLAND, COMMISSIONER OF REVENUE OF ARKANSAS. Appeal from Sup. Ct. Ark. Probable jurisdiction noted.

No. 85–1530. BROCK, SECRETARY OF LABOR, ET AL. v. ROADWAY EXPRESS, INC. Appeal from D. C. N. D. Ga. Probable jurisdiction noted.

No. 85–1360. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL. v. HECHLER. C. A. 11th Cir. Certiorari granted.